Felipe GOMEZ, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 6, 2015

Supreme Court of Delaware.

Submitted: December 2, 2015

Decided: December 3, 2015

Court Below: Superior Court of the State of Delaware, in and for Sussex County, Cr. ID. No. 1107002911

AFFIRMED.